UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No.   1:19-cr-00157-TWP-MJD |
| ANTONIO CAMPBELL, | ) ) | - 02 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On May 6, 2025 and May 13, 2025, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on March 19, 2025 (the "Petition"), and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on April 22, 2025 (the "Supplemental Petition"). Defendant Campbell appeared in person with his appointed FCD counsel Gwendolyn Beitz. The government appeared by Meredith Wood, Assistant United States Attorney. U.S. Parole and Probation appeared by Martin Burtt.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Campbell of his rights and ensured he had a copy of the Petition and the Supplemental Petition. Defendant Campbell orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Campbell admitted Violation Nos. 1 and 2 as set forth in the Petition. [Dkt. 300.] Government orally moved to dismiss the

remaining Violation No. 3 as set forth in the Supplemental Petition [Dkt. 304], which motion was granted by the Court. Violation No. 3 was dismissed.

    3.    The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | As previously reported to the Court, Mr. Campbell tested positive for illicit substances on May 3, May 18, May 23, and November 8, 2024 (cannabinoids); and on June 21, July 19, July 26, August 1, August 14, September 18, and October 10, 2024 (cannabinoids and cocaine). |
| | Additionally, on March 7, 2025, Mr. Campbell tested positive for cannabinoids and cocaine. |
| 2 | **" You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules of the program."** |
| | On September 13, 2024, Mr. Campbell completed his intake appointment to begin participating in Moral Reconation Therapy. On March 4, 2025, Mr. Campbell was unsuccessfully discharged from the program after exceeding the maximum number of unexcused absences. |

    4.    The Court finds that:

        (a)    The highest grade of violation is a Grade B Violation.

        (b)    Defendant's criminal history category is V.

        (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

    5.    The parties jointly recommended a sentence of 18 months incarceration, with 12 months of supervised release to follow. Defendant requested placement at FCI Elkton, Ohio.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in in Violation Nos. 1 and 2 as set forth in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 18 months of incarceration, with 12 months of supervised release to follow. The Magistrate Judge further recommends Defendant's placement at FCI Elkton, Ohio, if deemed an appropriate facility.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    Justification: Conditions 1-11 are considered administrative in nature and will enable the probation officer to effectively supervise the offender in the community.

12. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

13. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

14. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

15. You shall not use or possess alcohol.

16. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e. g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

    Justification: Conditions 12-16 are recommended based on the offender's history of substance abuse.

17. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled

devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Justification: This condition is recommended based on the nature and circumstances of the instant offense and his criminal background.

18. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

    Justification: This condition is recommended to assist in collection with the outstanding fine.

Defendant reviewed the above noted conditions with his attorney and waived reading of the conditions on the record.

Defendant was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 13 MAY 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system